

# Third Court of Appeals

RECEIVED

MAR 0 3 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

## RECEIPT FOR CHECK-OUT RECORD
(CLOSED CASES)

This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number: **03-10-00016-CV** | Retention Center No.: |

| |
|---|
| Name of Cause: **TJFA, L.P. et al v TX Comm on Environmental Quality & Waste Mgmt of TX** |

| |
|---|
| Items Checked out: |
| 3 boxes of administrative record |

| | |
|---|---|
| Date Items Checked Out: | Date Items are due: **PERMANENT** |

Requested By:

Attorney: Nancy Elizabeth Olinger

| | |
|---|---|
| Signature: | Driver Lic.: |

Bar Card Number:

Firm/Agency: Environmental Protection Division

Address: P.O. Box 12548

Phone Number: 512-463-2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Approved By: Jeff Kyle

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dates Items Returned: **PERMANENT**